■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN B. THOMAS, Appellant. [52 NYS3d 651]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 24, 2015 (*People v Thomas,* 129 AD3d 1110 [2015]), affirming a judgment of the Supreme Court, Nassau County, rendered July 12, 2013.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see *Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Mastro, J.P., Chambers, Maltese and Duffy, JJ., concur.